# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRIAN WALLACE, on behalf of himself**
**and all others similarly situated employees,**

    **Plaintiff,**

-vs-                Case No. 6:06-cv-1168-Orl-31KRS

**WBC CONSTRUCTION, LLC,**

    **Defendant.**
_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement (Doc. 15), it is

**ORDERED** that the Motion is GRANTED.  The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.  Therefore, the Settlement Agreement is approved and the case is dismissed with prejudice.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 16, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

              GREGORY A. PRESNELL
              UNITED STATES DISTRICT JUDGE